```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    V.                  Civil No. 10-60032-001

DETRIC CONWAY                               DEFENDANT/PETITIONER

O R D E R

On this 4th day of August 2015, there comes on for consideration the report and recommendation filed in this case on March 4, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. (Doc. 142). Also before the Court are Petitioner's objections. (Doc. 147).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Conway's 28 U.S.C. § 2255 petition is hereby DISMISSED WITH PREJUDICE as it is without merit. Conway's related motions (docs. 133 & 144) are likewise DENIED. Further, Conway has failed to make a substantial showing of the denial of a constitutional right. Therefore, no Certificate of Appealability shall issue.

IT IS SO ORDERED.

                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge