IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF/RESPONDENT

V.                         Case No. 6:10-cr-60032-001

DETRIC CONWAY                                                          DEFENDANT/PETITIONER

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

By Order entered August 5, 2015 (Doc. 148), the Court adopted the Report and Recommendation of the United States Magistrate Judge (Doc. 142), and it denied and dismissed the Defendant's 28 U.S.C. § 2255 motion. The undersigned has been referred Defendant's Motion for Leave to Appeal In Forma Pauperis. (Doc. 150)

Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only if "the applicant has made a substantial showing of the denial of a constitutional right."  A "substantial showing" is a showing that "issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings."  *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997), *cert. denied*, 525 U.S. 834 (1998). In its Order entered on August 5, 2015, the Court found that Defendant had failed to make a substantial showing of the denial of a constitutional right, and it ruled that no certificate of appealability shall issue.

Accordingly, I recommend that Defendant's Motion for Leave to Appeal In Forma Pauperis (Doc. 150) be **DENIED**.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court**.

/s/ *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE