IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

v.                      Case No. 10CR60032-001

DETRIC CONWAY                                         DEFENDANT/PETITIONER

### ORDER

Now on this 1st day of December 2015, there comes on for consideration the report and recommendation filed herein on August 25, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (Doc. 152). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion for Leave to Appeal In Forma Pauperis (doc. 150) is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**